**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00487-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ISRAEL BIBIANO-CAMPOS,

    Defendant.

---

**MINUTE ORDER[1]**

---

At the oral request of the parties, the change of plea hearing set for January 18, 2012, is **VACATED** and is **CONTINUED** to **February 1, 2012**, at 10:00 a.m.

**IT IS FURTHER ORDERED** as follows:

1. That the motions hearing setting conference set for January 9, 2012, is **VACATED**; and

2. That the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant at the Change of Plea Hearing.

Dated: January 5, 2012

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.